# Court of Appeals
# of the State of Georgia

ATLANTA,  December 23, 2019

*The Court of Appeals hereby passes the following order:*

## A20I0135.  RICHARD L. BARRON et al. v. KEISHA CAREY.

Keisha Carey filed an election contest petition alleging irregularities in a school board election. Defendants Richard L. Barron, Director of the Fulton County Board of Registration and Elections, and the Fulton County Board of Registration and Elections filed a motion to dismiss the petition, which the trial court denied. Defendants seek immediate review of the trial court's order denying their motion to dismiss and granting Carey's motion for continuance. We, however, lack jurisdiction.

The Supreme Court has exclusive appellate jurisdiction in . . . "all cases of election contest." Ga. Const. Art. VI, Section VI, Para. II (2). Accordingly, this application is hereby transferred to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/23/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*